**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

|  |  |  |
|---|---|---|
| ROYSTON HENRY CARMICHAEL, | : | |
| | : | Civil Action No. 16-2614(SRC) |
| Petitioner, | : | |
| | : | |
| v. | : | **OPINION** |
| | : | |
| CHARLES GREEN, | : | |
| | : | |
| Respondent. | : | |

**CHESLER**, District Judge

This matter comes before the Court upon Petitioner Carmichael's ("Petitioner") Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Pet., ECF No. 1.) Petitioner has been in detention pursuant to 8 U.S.C. § 1226(c), detention of a criminal alien pending removal proceedings, since October 7, 2015. (Id.) Respondent filed a letter response asserting that Respondent does not object to the Court entering an order remanding this matter to the Immigration Court for a bond hearing under 8 C.F.R. § 1003.19(c).

Petitioner is entitled to a bond hearing pursuant to Chavez-Alvarez v. Warden York County Prison, 783 F.3d 469, 478 (3d Cir. 2015) (holding the Due Process Clause limits the Government's authority to detain an alien under 8 U.S.C. § 1226(c) without a

1

bond hearing because, as the length of detention grows, the burden on the alien's liberty outweighs any justification for detention without consideration of bond.) The appropriate relief is to order a bond hearing before an Immigration Judge. See Chavez-Alvarez, 783 F.3d at 477 n. 12. An appropriate Order follows.

DATED: _____6/16_____, 2016

_____
STANLEY R. CHESLER
United States District Judge